| UNITED STATES COURT OF INTERNATIONAL TRADE | Form 1-1 |
|---|---|

| FANUC ROBOTICS AMERICA, INC., <br><br> Plaintiff, <br> v. <br> UNITED STATES, <br><br> Defendant. | 12-00052 <br><br> **S U M M O N S** <br> In Action Under <br> 28 U.S.C. § 1581(a) |
|---|---|

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

L. S.

_____
Clerk of the Court

**PROTEST**

| Port of Entry: **Detroit** | Date Protest Filed: **As per attached schedule** |
|---|---|
| Protest Number: **As per attached schedule** | Date Protest Denied: **As per attached schedule** |
| Importer: | **Plaintiff** |
| Category of Merchandise: | **All merchandise** |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| **As listed on the attached schedule** | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Port Director,
U.S. Customs and Border Protection
477 Michigan Avenue, Room 250 - Entry Team 3
Detroit, Michigan 48226

Address of Customs Port in Which Protest Was Denied
and Telephone Number of Plaintiff's Attorney

**Eleanore Kelly-Kobayashi**
**RODE & QUALEY**
*Attorneys for Plaintiff*
**55 West 39th Street**
**New York, N.Y. 10018**
**(212) 944-7333**

**Form 1-2**

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph, Item or Subheading Number | Rate | Paragraph, Item or Subheading Number | Rate |
| **Industrial Robots and Robotic Controllers** | 8479.50.00 & 8537.10.90 | 2.5% & 2.7% | 8428.90.00 8515.21.00 8515.31.00 | Free Free 1.6% |

| Other |
|---|
| The Contested Decision as Described in 19 U.S.C. § 1514(a) and the Protest Claim: **The classification and rate and amount of duties chargeable.** |
| The issue which was common to all such denied protests: **The proper tariff classification of industrial robots and robotic controllers covered by the protests.** |

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

                                              **RODE & QUALEY**
                                              **Attorneys for Plaintiff**

                                       **By:** */S/ Eleanore Kelly-Kobayashi*
                                          **Dated: February 23, 2012**

Summons 12-00052

Form 1-3

**SCHEDULE OF PROTESTS**

**Detroit - 3801**

Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date Of Liquidation |
|---|---|---|---|---|---|
| 3801-01-100474 | 07/18/01 | 08/29/11 | 016-1039119-3 | 04/28/00 | 05/11/01 |
| 3801-01-100474 | 07/18/01 | 08/29/11 | 016-1040148-9 | 05/30/00 | 04/20/01 |
| 3801-01-100474 | 07/18/01 | 08/29/11 | 016-1040318-8 | 06/07/11 | 04/20/01 |
| 3801-01-100474 | 07/18/01 | 08/29/11 | 016-1040419-4 | 06/08/00 | 04/20/01 |
| 3801-01-100474 | 07/18/01 | 08/29/11 | 016-1040508-4 | 06/12/00 | 04/27/01 |
| 3801-01-100474 | 07/18/01 | 08/29/11 | 016-1040509-2 | 06/21/00 | 05/04/01 |
| 3801-01-100474 | 07/18/01 | 08/29/11 | 016-1040893-0 | 06/29/00 | 05/11/01 |
| 3801-01-100474 | 07/18/01 | 08/29/11 | 016-1041146-2 | 07/07/00 | 05/18/01 |
| 3801-01-100474 | 07/18/01 | 08/29/11 | 016-1041361-7 | 07/20/00 | 06/01/01 |
| 3801-01-100474 | 07/18/01 | 08/29/11 | 016-1041434-2 | 07/20/00 | 06/01/01 |
| 3801-01-100474 | 07/18/01 | 08/29/11 | 016-1041628-9 | 07/20/00 | 06/01/01 |
| 3801-01-100474 | 07/18/01 | 08/29/11 | 016-1041634-7 | 07/28/00 | 06/08/01 |
| 3801-01-100474 | 07/18/01 | 08/29/11 | 016-1041893-9 | 08/01/00 | 06/15/01 |
| 3801-01-100474 | 07/18/01 | 08/29/11 | 016-1042007-5 | 08/09/00 | 06/22/01 |
| 3801-01-100474 | 07/18/01 | 08/29/11 | 016-1042192-5 | 08/18/00 | 06/29/01 |
| 3801-01-100488 | 07/25/01 | 08/29/11 | 016-1042300-4 | 08/23/00 | 07/06/01 |
| 3801-01-100488 | 07/25/01 | 08/29/11 | 016-1042301-2 | 08/29/00 | 07/13/01 |
| 3801-01-100488 | 07/25/01 | 08/29/11 | 016-1042501-7 | 08/30/00 | 07/13/01 |
| 3801-06-100187 | 04/11/06 | 08/29/11 | 016-1058083-7 | 06/28/02 | 01/27/06 |
| 3801-06-100313 | 06/15/06 | 08/29/11 | 016-1069526-2 | 09/19/03 | 03/24/06 |
| 3801-06-100313 | 06/15/06 | 08/29/11 | 016-1071887-4 | 12/04/03 | 03/24/06 |
| 3801-06-100314 | 06/15/06 | 08/29/11 | 016-1072108-4 | 12/12/03 | 03/24/06 |
| 3801-06-100314 | 06/15/06 | 08/29/11 | 016-1066235-3 | 05/12/03 | 03/31/06 |
| 3801-06-100316 | 06/19/06 | 08/29/11 | 016-1073483-0 | 02/13/04 | 03/31/06 |

District Director of Customs,

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the District Director for such different port of entry must be given in the space provided.