UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. THOMAS J. AQUILINO, JR., SENIOR JUDGE

| | |
|---|---|
| FANUC ROBOTICS AMERICA, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Court No. 12-00052 |
| : | |
| UNITED STATES, : | |
| : | |
| Defendant. : | |
| : | |

## JOINT STATUS REPORT

    The United States (the Government), defendant, submits this status report on behalf of both parties in accordance with this Court's request on October 22, 2023. Except for two models of robots at issue, the parties have reached an agreement in principle to stipulate the remaining models of robots covered by this action.  Due to the age of two of the models at issue and the retirement of the National Import Specialist who assisted with the review of the technical information in this action, the stipulation of the final two models is taking the parties much longer than anticipated.  The parties are hopeful that they will be able to reach an agreement in principle on the final two models of robots and avoid the need for litigation.  The parties respectfully request additional time to continue discussing possible resolution of this matter and propose filing a status report with the Court in ninety (90) days.

*Fanuc Robotics America, Inc. v. United States*, Court No. 12-00052

      Michael S. O'Rourke, Esq. of the law firm Sandler, Travis & Rosenberg, P.A., attorney for plaintiff, has reviewed and approves this joint status report.

                                        Respectfully submitted,

                                        BRIAN M. BOYNTON
                                        Principal Deputy Assistant Attorney General

                                        PATRICIA M. McCARTHY
                                        Director

                                        JUSTIN R. MILLER
                                        Attorney-In-Charge
                                        International Trade Field Office

                By:     /s/ Aimee Lee
                          AIMEE LEE
                          Assistant Director

                          /s/ Marcella Powell
                          MARCELLA POWELL
                          Senior Trial Counsel
                          Civil Division, Dept. of Justice
                          Commercial Litigation Branch
                          26 Federal Plaza, Room 346
                          New York, New York 10278
                          Attorneys for Defendant
                          Tel. No. 212-264-9230 or 1873

Dated:  November 3, 2023