UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. THOMAS J. AQUILINO, SENIOR JUDGE

| | |
|---|---|
| FANUC ROBOTICS AMERICA, INC., | : |
| Plaintiff, | : Court No.: 12-00052 |
| v. | : |
| THE UNITED STATES, | : |
| Defendant. | : |

# JOINT STATUS REPORT

Fanuc Robotics America, Inc., plaintiff, submits this status report on behalf of the parties in accordance with this Court's request on April 22, 2024. Except for one model of robot at issue, S-420iW, the parties have reached an agreement in principle to stipulate the remaining models of robots. The age of the model at issue and the retirement of the National Import Specialist who assisted with this action, the stipulation of the final one model is taking the parties much longer than anticipated.

Plaintiff will provide the Government with copies of documents relating to model S-420iW, which may not be currently available. After review of these documents, the Government will further consider its posture re this model. The parties are continuing to work to effectuate a proposed stipulation on agreed statement of facts. The parties are hopeful that they can reach an agreement in principle and the final model of robots and will file a status report with the Court in 90 days.

*Fanuc Robots America, Inc. v. United States*, Court No. 12-00052

Marcella Powell, Senior Trial Counsel, has reviewed and approves this joint status report.

    Respectfully submitted,

MICHAEL S. O'ROURKE
SANDLER, TRAVIS & ROSENBERG, P.A.
675 Third Avenue, Suite 1805-06
New York, NY 10017
Attorneys for Plaintiff
(212) 549-0150
*/Signed/ Michael S. O'Rourke*

/s/ Marcella Powell
MARCELLA POWELL
Senior Trial Counsel
Civil Division, Dept. of Justice
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, NY 10278
Attorneys for Defendant
212-264-9230 or 1873

Dated:   April 26, 2024