*Fanuc Robots America, Inc. v. United States*, Court No. 12-00052

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. THOMAS J. AQUILINO, JR., SENIOR JUDGE

| | | |
|---|---|---|
| FANUC ROBOTICS AMERICA, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Court No. 12-00052 |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**JOINT STATUS REPORT**

    FANUC ROBOTICS AMERICA, INC., submits this status report on behalf of both parties. As indicated in our previous status reports, except for two models of robots at issue, the parties have reached an agreement in principle to stipulate the remaining models of robots covered by this action. The parties arranged for the exchange of technical information regarding those two models for U.S. Customs and Border Protection's (CBP) review. However, the technical information will need to be exchanged again as plaintiff forwarded the information but the Department of Justice did not receive it. The parties anticipate exchanging the information by September 4, 2024, and are hopeful that they will be able to reach an agreement in principle on the final two models of robots and avoid the need for litigation. The parties respectfully request additional time to continue discussing possible resolution of this matter and propose filing a status report with the Court in sixty (60) days.

*Fanuc Robots America, Inc. v. United States*, Court No. 12-00052

    Marcella Powell has reviewed and approves this joint status report.

                      Respectfully submitted,

                      MICHAEL S. O'ROURKE
                      SANDLER, TRAVIS & ROSENBERG, P.A.
                      675 Third Avenue, Suite 2425
                      New York, NY  10017
                      Attorneys for Plaintiff
                      (212) 549-0150
                      ***/Signed/ Michael S. O'Rourke***

                      /s/ Marcella Powell
                      MARCELLA POWELL
                      Senior Trial Counsel
                      Civil Division, Dept. of Justice
                      Commercial Litigation Branch
                      26 Federal Plaza, Room 346
                      New York, NY 10278
                      Attorneys for Defendant
                      212-264-9230 or 1873

Dated:  August 26, 2024