UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| FANUC ROBOTICS AMERICA, INC., <br><br> Plaintiff, <br> v. <br> THE UNITED STATES <br><br> Defendant. | Court No.: 12-00052 <br><br> Port: Detroit - 3801 <br><br> See Attached Schedule |

### STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1. The protests involved were filed and the action involved here were commenced within the time provided by law, and all liquidated duties, charges or exactions were paid prior to the filing of the summons;

2. The stipulable imported merchandise, as indicted on Schedule A, consists of robot mechanical units and robot control units imported by Plaintiff;

3. The robot mechanical units were classified upon liquidation under subheading 8479.50.00, Harmonized Tariff Schedule of the United States (HTSUS), at a duty of 2.5% *ad valorem*;

4. The robot control units were classified upon liquidation under subheading 8537.10.90, HTSUS, at a duty of 2.7% *ad valorem*;

5. The stipulable imported merchandise is properly classifiable under subheading 8428.90.00, HTSUS, free of duty, subheading 8515.21.00, HTSUS, free of duty and 8515.31.00, HTSUS, 1.6% as indicated on Schedule A;

6. Any refunds payable by reason of this judgment are to be paid with interest provided by law;

7. All other claims and non-stipulable entries are abandoned.

8. Each party agrees to bear its own costs and attorneys fees.

Respectfully submitted,

By: ___s/s Michael S. O'Rourke___
MICHAEL S. O'ROURKE
Sandler, Travis & Rosenberg, P.A.
Attorneys for Plaintiff
675 Third Avenue, Suite 2425
New York, N.Y. 10017
(212) 549-0150

BRETT A. SHUMATE
Assistant Attorney General

By: _____ 7/18/2025
/s/ JUSTIN R. MILLER
ATTORNEY-IN-CHARGE
International Trade Field Office

By: _____ 7/18/2025
MARCELLA POWELL
Senior Trial Counsel
Civil Division, Dept. of Justice
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
Attorneys for the United States
Tel: (212) 264-9230 or 1871

2

ORDER

IT IS HEREBY ORDERED that this action, *Fanuc Robotics America, Inc. v. The United States*, Court No.: 12-00052 is decided and this final judgment is to be entered by the Clerk of the Court. The appropriate U.S. Customs and Border Protection officials shall reliquidate the entries listed on Schedule A and make refund in accordance with the stipulation of the parties set forth above.

/s/ Thomas J. Aquilino, Jr.

Date: July 24, 2025

| FANUC ROBOTICS |
|---|---|---|---|---|---|---|

| FANUC ROBOTICS | | | | | | |
|---|---|---|---|---|---|---|
| SCHEDULE A | | | | | | |
| Port: Detroit - 3801 | | | | | | |
| Date Summons Filed | Count Number | Protest Number | Entry Number | Entry Date | Robot Model | Classification |
| 2/23/2012 | 12-00052 | 3801-01-100474 | 016-1040318-8 | 06/05/00 | S-430iL<br>ARC Mate 100i | 8515.21.00<br>8515.31.00 |
| | | | 016-1040419-4 | 06/08/00 | M-16i<br>S-430iL<br>F-200i | 8428.90.00<br>8515.21.00<br>8515.21.00 |
| | | | 016-1040509-2 | 06/21/00 | LR Mate 200i | 8428.90.00 |
| | | | 016-1040893-0 | 06/28/00 | LR Mate 200i<br>S-430iF | 8515.21.00<br>8428.90.00 |
| | | | 016-1041146-2 | 06/30/00 | S-430iF<br>M16i<br>LR Mate 200i<br>S-430iR | 8428.90.00<br>8428.90.00<br>8428.90.00<br>8515.21.00 |
| | | | 016-1041434-2 | 07/19/00 | S-430iR<br>S-430iF | 8515.21.00<br>8428.90.00 |

Schedule A Form

| FANUC ROBOTICS | | | | | | |
|---|---|---|---|---|---|---|
| SCHEDULE A | | | | | | |
| Port: Detroit - 3801 | | | | | | |
| Date Summons Filed | Count Number | Protest Number | Entry Number | Entry Date | Robot Model | Classification |
| 2/23/2012 | 12-00052 | 3801-01-100474 | 016-1041893-9 | 08/01/00 | S-430iL | 8515.21.00 |
| | | | 016-1042192-5 | 08/15/00 | F-200i<br>M-76iL<br>M-710i<br>Arc Mate 100i | 8515.21.00<br>8515.21.00<br>8428.90.00<br>8428.90.00 |
| | | 3801-06-100313 | 016-1069526-2 | 09/19/03 | ARC Mate 120iB/10L | 8515.31.00 |
| | | | 016-1071887-4 | 12/04/03 | ARC Mate 120iB/10L | 8515.31.00 |
| | | 3801-06-100314 | 016-1072108-4<br>016-1066235-3 | 12/12/03<br>5/12/03 | ARC Mate 120iB/10L<br>R2000iA/165F | 8515.31.00<br>8428.90.00 |
| | | 3801-06-100316 | 016-1073483-0 | 02/13/04 | ARC Mate 120iB/10L | 8515.31.00 |
| | | 3801-06-100187 | 016-1058083-7 | 6/28/02 | R2000iA/125L<br>M-16iB/20<br>M-710/AW<br>LR Mate 100iB<br>ARC Mate 100iB<br>ARC Mate 120iB/10L | 8428.90.00<br>8428.90.00<br>8428.90.00<br>8515.31.00<br>8515.31.00<br>8515.31.00 |

Schedule A Form